Appeal of **FRED C. CHAMPLIN.** Docket No. 2419.

Submitted April 27, 1925; decided May 26, 1925.

*Harry O. Glasser, Esq.*, for the taxpayer.
*Benjamin H. Saunders, Esq.*, for the Commissioner.

Before IVINS, MORRIS, and LOVE.

This appeal is from a determination of a deficiency in income taxes for the year 1920 in the sum of $726.40.

It is alleged in taxpayer's petition that the only point in controversy is the disallowance by the Commissioner of an alleged loss of $6,000 on the part of taxpayer in the purchase by him of a tract of prospective oil land.

### FINDINGS OF FACT.

Counsel for the Commissioner admitted the facts alleged in the petition and agreed that said facts may be considered as proven. Said petition, in substance, alleges that in April, 1918, the taxpayer purchased the fee simple title to eighty acres of land in Oklahoma and paid therefor the sum of $8,500, and that he made said investment on the belief that said land would produce oil. Soon after said purchase, test wells were drilled on adjacent tracts of land and all of said test wells proved nonproductive of oil, which result destroyed the value of taxpayer's land for oil purposes. The value of the tract for farm purposes was only $2,500. The taxpayer had not sold or otherwise disposed of his fee simple title to the land in 1920.

### DECISION.

There being no closed transaction to establish loss to the taxpayer, the determination of the Commissioner is approved.

---

Appeal of **H. MAIMIN CO., INC.** Docket No. 1393.

Submitted April 27, 1925; decided May 26, 1925.

*Edward M. Hyans, C. P. A.*, for the taxpayer.
*M. N. Fisher, Esq.*, for the Commissioner.

Before JAMES, SMITH, and TRUSSELL.

This is an appeal from the determination of a deficiency in income and profits taxes for the years 1918 and 1919 in a total sum of $1,298.25.

### FINDINGS OF FACT.

The taxpayer is a New York corporation with its principal office located in New York City.

On May 14, 1914, the taxpayer acquired from H. Maimin certain assets formerly owned by a Pennsylvania corporation called H. Maimin & Company.